**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMRIT CHATELAIN, | No. 07-70219 |
| Petitioner, | Agency No. A038-211-575 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2009[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Amrit Chatelain, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' (BIA) order dismissing his appeal from an

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

IH/Research

immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C.

§ 1252, and we dismiss the petition for review.

Chatelain failed to exhaust his contentions that his conviction for delivery of marijuana for consideration does not qualify as a conviction as defined in 8 U.S.C. § 1101(a)(48) and that no contest pleas are inadmissable in removal proceedings to prove the existence of an underlying conviction. *See Barron v. Ashcroft*, 358 F.3d 674, 677 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**